

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00144-CV

Sandra Y. **ESPINOZA**,
Appellant

v.

Ruth V. **THRASHER**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 391870
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice

Delivered and Filed: December 31, 2014

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on October 9, 2014. Neither the brief nor a motion for extension of time has been filed. Therefore, on November 19, 2014, we ordered appellant to file, on or before December 1, 2014, her appellant's brief and a written response reasonably explaining (1) her failure to timely file the brief and (2) why appellee was not significantly injured by her failure to timely file a brief. We explained that if appellant failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply

with a court order). Appellant has not filed any response to our order. We dismiss this appeal for want of prosecution.

PER CURIAM